## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| GINA CRAWLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:09-0500 |
| | ) | Judge Trauger |
| MANN BRACKEN, LLP, | ) | Magistrate Judge Brown |
| | ) | |
| Defendant. | ) | |

## O R D E R

On July 26, 2010, the Magistrate Judge issued a Report and Recommendation (Docket No. 70), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the Plaintiff's Motion For Judgment (Docket No. 54) is **GRANTED IN PART**, and the plaintiff is awarded a default judgment against defendant Mann Bracken, LLP in the amount of $17,279.35. The court notes that the Receiver, who has been appointed for the defendant, has basically consented to the entry of this Judgment. (Docket No. 65)

This case is **REFERRED** back to Magistrate Judge Brown under the original referral Order for further handling or for his order to the Clerk to close this file.

It is so **ORDERED**.

ENTER this 23rd day of August 2010.

_____
ALETA A. TRAUGER
U.S. District Judge